IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN RE GARY T. OSTERHOUT | ACTION NO.: 420-mc-10 |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's November 25, 2020, Report and Recommendation, (doc.2), to which no objections have been filed. Plaintiff has filed criminal complaints against United States Senator Lindsey Graham and Administrator of General Services Emily Murphy. (Doc. 1). As explained by the Magistrate Judge, private citizens cannot initiate criminal actions. (Doc. 2 at 2, *citing* Lopez v. Robinson, 914 F.2d 486, 494 (4th Cir. 1990)). Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. The complaint is **DISMISSED WITH PREJUDICE** and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 18th day of December, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA